| | |
|---|---|
| 1 | **THOMPSON & COLEGATE LLP** |
| 2 | **3610 Fourteenth Street** |
|   | **P. O. Box 1299** |
| 3 | **Riverside, California 92502** |
|   | **Tel:  (951) 682-5550** |
| 4 | **Fax: (951) 781-4012** |
| 5 | JOHN A. BOYD, ESQ. (SBN 089394) |
|   | jboyd@tclaw.net |
| 6 | Attorneys for Defendant, SKANSKA USA CIVIL WEST CALIFORNIA DISTRICT, INC. |

UNITED STATES DISTRICT COURT

CENTRAL  DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE FARROW, LOUIE GIAMPAPA, MATT PENDO, MIKE BERGEN, CHARLES POSS, GENE BREWER, ERIK LAGAFUAINA, CURTIS FARROW, TRUSTEES OF THE CONSTRUCTION TEAMSTERS HEALTH AND WELFARE TRUSTEE AKA THE CONSTRUCTION TEAMSTERS SECURITY TRUST, THE CONSTRUCTION TEAMSTERS VACATION-HOLIDAY TRUST, THE CONSTRUCTION TEAMSTERS-TRAINING AND UPGRADING TRUST, AND THE CONSTRUCTION TEAMSTERS CONTRACT COMPLIANCE FUND, | CASE NO.: CV 09-00018 RZ |
| | MAGISTRATE JUDGE RALPH ZAREFSKY |
| | **[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |
| | [FILED CONCURRENTLY WITH STIPULATION FOR DISMISSAL OF ENTIRE ACTION] |
| | Action Filed:     January 2, 2009 |
| Plaintiffs, | |
| v. | |
| SKANSKA USA CIVIL WEST CALIFORNIA DISTRICT, INC. a California corporation, | |
| Defendant. | |

///

///

///

1

**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION**

**ORDER**

Pursuant to the Stipulation of the parties, ~~and good cause appearing therefore,~~ **IT IS HEREBY ORDERED** that the above-entitled action shall be dismissed with prejudice.

Dated: September 04, 2009

_____
MAGISTRATE JUDGE RALPH ZAREFSKY

Approved as to form and content:

Dated:                           LAW OFFICES OF PETER W. CAVETTE

_____
PETER W. CAVETTE, ESQ.
Attorneys for Plaintiffs, LESLIE FARROW, LOUIE GIAMPAPA, MATT PENDO, MIKE BERGEN, CHARLES POSS, GENE BREWER, ERIK LAGAFUAINA, CURTIS FARROW, TRUSTEES OF THE CONSTRUCTION TEAMSTERS HEALTH AND WELFARE TRUST AKA THE CONSTRUCTION TEAMSTERS SECURITY TRUST, THE CONSTRUCTION TEAMSTERS VACATION-HOLIDAY TRUST, THE CONSTRUCTION TEAMSTERS-TRAINING AND UPGRADING TRUST, AND THE CONSTRUCTION TEAMSTERS CONTRACT COMPLIANCE FUND

Dated:                           THOMPSON & COLEGATE, LLP

_____
JOHN A. BOYD, ESQ.
JENNIFER R. WONG, ESQ.
Attorneys for Defendant, SKANSKA USA CIVIL WEST CALIFORNIA DISTRICT, INC.